32 P.3d 139

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**Sept. 17, 2001**

| | | |
|---|---|---|
| 23313, 23318 | Doe, In re | Affirmed |

**Sept. 28, 2001**

| | | |
|---|---|---|
| 23070 | Allen v. State | Affirmed |
| 23546 | State v. Cordy | Affirmed |